## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHOCOLATE | : | **MDL DOCKET NO. 1935** |
| **CONFECTIONARY ANTITRUST** | : | **(Civil Action No. 1:08-MDL-1935)** |
| **LITIGATION** | : | |
| | : | **(Judge Conner)** |
| | : | |
| **THIS DOCUMENT APPLIES TO:** | : | |
| | : | |
| ALL CASES | : | |

### CASE MANAGEMENT ORDER NO. 2
### RE:  ATTORNEY MASTER SERVICE LIST

AND NOW, this 22nd day of April, 2008, upon consideration of the attorney

service list received from the United States Judicial Panel on Multidistrict

Litigation, appended hereto as Attachment A, and it appearing that counsel not

enumerated in this list have entered appearances on behalf of parties in the

individual actions, it is hereby ORDERED that:

1. <u>The Clerk of Court shall enter all attorneys listed in Attachment A as
counsel of record</u> in the above-captioned matter.  The Clerk of Court
need not enter as counsel of record any attorney whose name does not
appear in Attachment A.

2. <u>Any attorney appearing in the individual actions who desires to be
entered as counsel of record</u> in the above-captioned matter <u>but whose
name is not listed in Attachment A</u> may enter an appearance by filing
a notice thereof via the court's Electronic Case Filing System.
Registration forms for ECF can be obtained from the court's website at
http://www.pamd.uscourts.gov/ecf.htm.  The Clerk of Court shall
electronically transmit a copy of this order to all counsel listed in
Attachment A <u>and</u> to all counsel of record in the individual actions.

3. Within thirty days, the Clerk of Court shall create an <u>initial</u> Attorney
Master Service List consisting of all entries of appearance pursuant to
Paragraphs 1 and 2 hereof.

4.      Service of any document shall be deemed sufficient if made upon all
        individuals on the Attorney Master Service List.



                                  S/ Christopher C. Conner
                                  CHRISTOPHER C. CONNER
                                  United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: CHOCOLATE** | : | **MDL DOCKET NO. 1935** |
| **CONFECTIONARY ANTITRUST** | : | **(Civil No. 1:08-MDL-1935)** |
| **LITIGATION** | : | |
| | : | **(Judge Conner)** |
| | : | |
| **THIS DOCUMENT APPLIES TO:** | : | |
| | : | |
| **ALL CASES** | : | |

## ATTACHMENT A
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## PANEL ATTORNEY SERVICE LIST

**Alioto, Mario N.**
TRUMP ALIOTO TRUMP & PRESCOTT
LLP
2280 Union Street
San Francisco, CA 94123
Phone: (415) 447-1650  Fax: (415) 346-0679
Email: malioto@tatp.com
**Party:** Lamson, Scott

**Barnett, Barry**
SUSMAN GODFREY LLP
901 Main Street Suite 5100
Dallas, TX 75202
Phone: (214) 754-1903  Fax: (214) 665-0832
Email: bbarnett@sysmangodfrey,com
**Party:** Miller, Marcia; Miller, Richard

**Black, Allen D.**
FINE KAPLAN & BLACK RPC
1835 Market Street 28th Floor
Philadelphia, PA 19103
Phone: (215) 567-6565  Fax: (215) 568-5872
Email: ablack@finekaplan.com
**Party:** Lorain Novelty Co., Inc. (The)

**Brightbill, Jonathan D.**
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW Suite 1200
Washington, DC 20005
Phone: (202) 879-5238  Fax: (202) 879-5200
Email: jbrightbill@kirkland.com
**Party:** Hershey Co. (The)

**Buchman, Michael M.**
POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP
100 Park Avenue 26th Floor
New York, NY 10017
Phone: (212) 661-1100  Fax: (212) 661-8665
Email: mbuchman@pomlaw.com
**Party:** STLE Corp.

**Clobes, Bryan L.**
CAFFERTY FAUCHER LLP
1717 Arch Street Suite 3610
Philadelphia, PA 19103
Phone: (215) 864-2800  Fax: (215) 864-2810
Email: bclobes@caffertyfaucher.com
**Party:** Matsuda, Akisa

**Eisler, Robert G.**
COHEN MILSTEIN HAUSFELD &
TOLL PLLC
150 East 52nd Street  30th Floor
New York, NY 10022
Phone: (212) 838-7797  Fax: (212) 838-7745
Email: reisler@cmht.com
**Party:**  Webb's Candies, Inc.

**Goldman, Mark S.**
GOLDMAN SCARLATO & KARON PC
101 W. Elm Street  Suite 360
Conshohocken, PA 19428
Phone: (484) 342-0700  Fax: (484) 342-0701
Email: goldman@gsk-law.com
**Party:**  Lense, Eric

**Hansel, Gregory P.**
PRETI FLAHERTY BELIVEAU &
PACHIOS LLP
One City Center
P.O.  Box 9546
Portland, ME 04112-9546
Phone: (207) 791-3000  Fax: (207) 791-3111
Email: ghansel@preti.com

**Hume, Daniel**
KIRBY MCINERNEY LLP
830 Third Avenue
10th Floor
New York, NY 10022
Phone: (212) 371-6600  Fax: (212) 751-2540
Email: dhume@kmllp.com
**Party:**  International Wholesale, Inc.;
United Customs Distribution; United
Wholesale

**Isquith, Sr., Fred T.**
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Phone: (212) 545-4600  Fax: (212) 545-4690
Email: isquith@whafh.com
**Party:**  Mandel Tobacco Co., Inc.

**Kohn, Joseph C.**
KOHN SWIFT & GRAF PC
One South Broad Street
Suite 2100
Philadelphia, PA 19107-3389
Phone: (215) 238-1700  Fax: (215) 238-1968
Email: jkohn@kohnswift.com
**Party:**  Coffey (tdba Candy Man), Glenn

**Lovell, Christopher**
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Floor 58
New York, NY 10110
Phone: (212) 608-1900  Fax: (212) 719-4677
Email: clovell@lshllp.com
**Party:**  McNamara, Michael

**Marx, Jr., David**
MCDERMOTT WILL & EMERY LLP
227 W. Monroe Street
Suite 440
Chicago, IL 60606
Phone: (312) 984-7668  Fax: (312) 984-7700
Email: dmarx@mwe.com
**Party:**  Mars North America; Mars
Snackfoods U.S.A. LLC; Mars, Inc.;
Masterfoods USA

2

**Moll, Peter E.**
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
Phone: (202) 383-6966  Fax: (202) 383-6610
Email: mollp@howrey.com
**Party:**  Nestle USA, Inc.


**Nast, Dianne M.**
RODANAST PC
801 Estelle Drive
Lancaster, PA 17601
Phone: (717) 892-3000 Fax: (717) 892-1200
Email: dnast@rodanast.com
**Party:**  Stephen L. LaFrance Pharmacy,
Inc. dba SAJ Distributors


**Orr, Dennis P.**
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0012
Phone: (212) 468-8000  Fax: (212) 468-7900
Email: dorr@mofo.com
**Party:**  Cadbury Adams; Cadbury Adams
Canada, Inc.; Cadbury Adams USA, LLC


**Ostoyich, Joseph A.**
HOWREY & SIMON
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
**Party:**  Nestle USA


**Persky, Bernard**
LABATON SUCHAROW LLP
140 Broadway, 23rd Floor
New York, NY 10005
Phone: (212) 907-0868  Fax: (212) 907-7068
Email: bpersky@labaton.com
**Party:**  CNS Confectionery Products,
LLC; Comwest Industries Inc.; Snow,
Stephen; Winn Corp.


**Rubin, Warren**
LAW OFFICES OF BERNARD M GROSS
PC
John Wanamaker Building, Suite 450
Juniper and Market Streets
100 Penn Square East
Philadelphia, PA 19107
Phone: (215) 561-3600  Fax: (215) 561-3000
Email: warren@bernardmgross.com
**Party:**  Western Skier, Ltd.


**Sheanin, Aaron M.**
GIRARD GIBBS LLP
601 California Street  Suite 1400
San Francisco, CA 94108
Phone: (415) 981-4800  Fax: (415) 981-4846
Email: ams@girardgibbs.com
**Party:**  Chiger, Diane


**Spector, Eugene A.**
SPECTOR ROSEMAN & KODROFF PC
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300 Fax: (215) 496-6611
Email: espector@srk-law.com
**Party:**  DeMarshall, Michael W.

**Ware, Michael O.**
MAYER BROWN, LLP
1675 Broadway
New York, NY 10019-5820
Phone: (212) 506-2500  Fax: (212) 262-1910
Email: mware@mayerbrown.com
**Party:**  Itwal Ltd.